

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## NOTICE OF ORDER ON MOTION

Cause number:           01-12-00187-CV

Style:                  Thomas Davis

**v** Discount Tire Co. of Texas, Inc., Dill Air Controls Products, LLC and Bridgestone Americas Tire Operation LLC.

Date motion filed[*]:   February 21, 2013

Type of motion:         Motion for extension of time to file reporter's record

Party filing motion:    Appellant

Document to be filed:   Reporter's record

**Appellant's motion for extension of time to file the reporter's record is dismissed as moot. The court reporter has notified this Court that no record was taken.**

Judge's signature: /s/ Michael Massengale
           ☑ Acting individually     ☐ Acting for the Court

Date: February 28, 2013